IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| CITI TRENDS, INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>COACH, INC., et al.,<br><br>    Defendants. | Case No. 1:17-cv-01763-RDB |

### DEFENDANTS COACH, INC. AND COACH SERVICES, INC.'S
### MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendants Coach, Inc. and Coach Services, Inc. ("Defendants" or "Coach"), by and through their undersigned counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(1), for an order dismissing the Complaint filed by Plaintiffs Citi Trends, Inc. and Kelly Martin for lack of subject matter jurisdiction. A memorandum in support of this motion is submitted herewith.

WHEREFORE, Coach respectfully requests that its motion be granted and that the Complaint filed by Plaintiffs be dismissed in its entirety.

Dated:  November 20, 2017                Respectfully submitted,


By     */s/ Samuel R. Watkins*
Samuel R. Watkins, *admitted pro hac vice*
THOMPSON COBURN LLP
2029 Century Park East, 19th Floor
Los Angeles, California 90067
T: 310-282-9451 (direct)
F: 310-282-2501
swatkins@thompsoncoburn.com
*Attorneys for Defendants COACH, INC. and COACH SERVICES, INC.*