IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CITI TRENDS, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| | | Civil Action No. RDB-17-1763 |
| v. | * | |
| COACH INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 6th day of February, 2018, hereby ORDERED that:

1. Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 18) is GRANTED;

2. Plaintiffs' claims are DISMISSED;

3. Plaintiffs' Motion to Amend the Complaint (ECF No. 22) is DENIED;

4. Plaintiffs' Motion to Stay Proceedings (ECF No. 27) is MOOT; and

5. The Clerk of this Court is instructed to CLOSE THIS CASE.

_____/s/_____
Richard D. Bennett
United States District Judge